UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RONNIE GASPARD,**

   Plaintiff,

v.                        No. 4:21-cv-1156-P

**KROGER TEXAS LP,**

   Defendant.

## ORDER

The Court received notification that the Parties settled in the instant dispute. ECF No. 15. In accordance with the notification that the parties have settled, the Court **ORDERS** that this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **20th day** of **May, 2022.**

_Mark T. Pittman_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE