UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RONNIE GASPARD,**

    Plaintiff,

v.                                      **No. 4:21-cv-1156-P**

**KROGER TEXAS LP,**

    Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 16):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **20th day** of **May, 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE